Peter Dubowsky, Esq.
Nevada Bar No. 4972
Amanda C. Vogler-Heaton, Esq.
Nevada Bar No. 13609
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
Fax: 702-360-3515
Tel: 702-360-3500
peter@dubowskylaw.com
amanda@dubowskylaw.com
Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No.: 2:17-cv-01851-MMD-BNW |
| Plaintiff, | |
| vs. | |
| Las Palmas Entertainment, Inc. dba Club 2100 and Francisco Lara individually | |
| Defendants | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff J&J Sports Productions, Inc. and Defendants Las Palmas Entertainment, Inc. dba Club 2100 and Francisco Lara, by and through their respective counsel, that the above-captioned action is voluntarily dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

- 1 -

| | |
|---|---|
| Dated: _____ | Dated: 9/12/2019 |
| DUBOWSKY LAW OFFICE, CHTD. | MARX LAW FIRM, PLLC |
| By: _____<br>Amanda C. Vogler-Heaton, Esq.<br>300 South Fourth Street, Suite 1020<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | By: _[signature]_____<br>Bradley M. Marx, Esq.<br>601 S. Rancho Dr. Ste B14<br>Las Vegas, Nevada 89106<br>Attorney for Defendants |

Dated: October 23, 2019                           Dated:_____

DUBOWSKY LAW OFFICE, CHTD.                        MARX LAW FIRM, PLLC

By:_____                          By:_____
Peter Dubowsky, Esq.                              Bradley M. Marx, Esq.
300 South Fourth Street, Suite 1020               601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89106
Attorney for Plaintiff                            Attorney for Defendants

IT IS SO ORDERED:

DATED: October 24, 2019

UNITED STATES DISTRICT JUDGE,

_____